UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDDIE LEE TYSON, III,**

    **Plaintiff,**

v.                                        **Case No. 5:22-cv-4-TKW-MJF**

**DR. ARCHER, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed due to Plaintiff's failure to comply with Court orders. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case is DISMISSED without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 22nd day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**